990 So.2d 592 (2008)
Frankie Lee DRAKES, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-2490.
District Court of Appeal of Florida, Fifth District.
August 12, 2008.
Rehearing Denied September 17, 2008.
*593 Frankie L. Drakes, Raiford, pro se.
No Appearance for Appellee.
PER CURIAM.
AFFIRMED. See § 921.16(1), Fla. Stat.; Harris v. State, 771 So.2d 565 (Fla. 5th DCA 2000), review denied, 790 So.2d 1104 (Fla.2001).
SAWAYA, ORFINGER and MONACO, JJ., concur.